ACCEPTED
03-16-00131-CV
11234617
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 3:19:21 PM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

## A GENERAL PARTNERSHIP
_____

JAMES F. MARTENS∗
KELLI H. TODD
LACY L. LEONARD
_____
Attorneys at Law
_____

∗Board Certified in Tax Law
 Texas Board of Legal Specialization

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS  78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR‡
DANIELLE V. AHLRICH
KAITLIN MCKENZIE WOLTERS
_____
Attorneys at Law
_____

‡Board Certified in Appellate Law
Texas Board of Legal Specialization

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 3:19:21 PM
JEFFREY D. KYLE
Clerk

June 20, 2016

**<u>Via Electronic Filing</u>**

Court of Appeals, Third District of Texas
Attn: Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

> Re: **03-16-00131-CV**, *Mary Louise Serafine, Appellant v. Alexander Blunt; Ashley Blunt; Scott Lockhart; Austin Drainage and Foundation, LLC d/b/a Austin Drainage and Landscape Development; Viking Fence Company, Ltd.; and Viking GP, LLC, Appellees*

Dear Mr. Kyle:

I will be out of the office beginning Monday, September 19, 2016 through Friday, October 7, 2016, for prepaid travel out of the country. Accordingly, I would appreciate it if you would not schedule anything relating to this case during the days that I am out of this office. Thank you for your attention to this matter.

Respectfully submitted,

MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

By:     /s/ Amanda G. Taylor
        Amanda G. Taylor
        State Bar No. 24045921
        301 Congress Ave., Suite 1950
        Austin, Texas 78701
        Telephone: (512) 542-9898
        ataylor@textaxlaw.com

ATTORNEY FOR APPELLEES
ALEXANDER AND ASHLEY BLUNT

cc:    **Via E-service to:**

Mary Louise Serafine (mlserafine@gmail.com)
Ronald M. Raydon (ron@raydonlaw.com)
Sara B. Churchin (schurchin@thompsoncoe.com)
Wade C. Crosnoe (wcrosnoe@thompsoncoe.com)